**FILED**
CLERK, U.S. DISTRICT COURT

09/22/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___D. Brown___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 5:21-mj-00603-DUTY |
| Plaintiff, | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. | (FED.R. CRIM. P.32.1(a)(6); 18 |
| MIRLKA CECILIA CARVAJAL-GONZALEZ, | U.S.C. § 3143(a) (1)) |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>C</u> District of <u>California</u> for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143(a) (1), the Court finds that:

A. (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

  (✓) information in the Pretrial Services Report and Recommendation

  (✓) information in the violation petition and report(s)

  (✓) the defendant's nonobjection to detention at this time

  ( ) other:

and/or

1  B. ( )     The defendant has not met his/her burden of establishing by clear and
2           convincing evidence that he/she is not likely to pose a danger to the safety
3           of any other person or the community if released under 18 U.S.C. §
4           3142(b) or (c).  This finding is based on the following:
5           ( )  information in the Pretrial Services Report and Recommendation
6           ( )  information in the violation petition and report(s)
7           ( ) the defendant's nonobjection to detention at this time
8           ( ) other:

10  IT THEREFORE IS ORDERED that the defendant be detained pending the further
11  revocation proceedings.

13  DATED: September 22, 2021        _____
                                                            KENLY KIYA KATO
14                                                    UNITED STATES MAGISTRATE JUDGE